UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:  DAVID EDWIN EDWARDS                              CASE NO. 20-10285
        LAURA LINCECUM EDWARDS
        DEBTORS                                                         CHAPTER 7

ORDER

CONSIDERING the Trustee's Application to Employ BK Global Real Estate Services, LLC, to aid Realtor, Alvin Washington with Alvin Washington Realty, to sell real estate of the estate,

IT IS ORDERED that BK Global Real Estate Services, LLC, is authorized to aid Realtor, Alvin Washington with Alvin Washington Realty, to procure a sale of property located at 18417 East Village Way, Baton Rouge, Louisiana 70816, and is authorized to act on behalf of the estate to sell the estate's real estate for an aggregate shared fee of six percent (6%) of the sales price to be fixed upon application hereafter.

Baton Rouge, Louisiana, July 6, 2020.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE