**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: DAVID EDWIN EDWARDS          CASE NO. 20-10285
LAURA LINCECUM EDWARDS              CHAPTER 7

## MOTION FOR RELIEF FROM AUTOMATIC STAY

The motion of SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR GMFS LLC ("Movant"), a secured creditor, respectfully represents:

1.

The Debtors in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 7 of the United States Bankruptcy Code on March 19, 2020.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of inter alia 11 U.S.C. 362 and 28 U.S.C. 157 and 1334.

3.

Movant is the entity entitled to enforce a note in the original principal amount of $417,000.00, dated March 21, 2016, executed by David E Edwards and Laura L Edwards, and secured by a mortgage, recorded at Orig: 265 Bndl: 12720, in the records of East Baton Rouge Parish, Louisiana, affecting the following described property located in Baton Rouge, Louisiana:

> ONE (1) CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of East Baton Rouge, Louisiana, in that subdivision thereof known as THE COUNTRY CLUB OF LOUISIANA, PARCEL 8, and being designated on the official plat thereof on file and of record in the office of the Clerk and Recorder for East Baton Rouge, Louisiana, as LOT NUMBER LOT FIFTEEN (15), SQUARE 8, said subdivision; said lot having such bearings and dimensions and being subject to such servitudes and building line restrictions of record and as shown on the official subdivision plat.

bearing the municipal address of 18417 E Village Way Drive, Baton Rouge, Louisiana 70810.

4.

Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

5.

The Debtors' are in default on the obligations under the Note and Mortgage to Movant. The Debtors are delinquent for the months of September 1, 2019 through December 1, 2019 on the direct monthly mortgage payments of $2,657.60 each, and for the months of January 1, 2020 through July 1, 2020 on the direct monthly mortgage payments of $2,665.33 each.

6.

The estimated payoff of the subject loan is as of July 22, 2020 is $408,835.51, not including attorney's fees and costs.

7.

The encumbrances against the subject property are as follows:

| | |
|---|---|
| First Mortgage Payoff (Estimated)<br>Specialized Loan Servicing as servicer<br>for GMFS LLC | $408,835.51 |
| Second Mortgage Payoff (Estimated)<br>First National Bank of Ruston, LA | $67,691.92 |
| Business Debt (Estimated)<br>First National Bank of Ruston, LA | $140,899.44 |
| Property Association Dues (Estimated)<br>CCLA | $1,221.80 |
| Total Estimated Payoff | $618,648.67 |

8.

The value of the property as reflected by the Debtor Schedules, and to which Movant stipulates for purposes of this motion only, is approximately $620,000.00. After the costs associated with the selling of said property, there is no equity in the property for the benefit of unsecured creditors.

9.

For the foregoing reasons, Movant requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby.

WHEREFORE, MOVANT PRAYS that after all delays have elapsed and proceedings are had, this Honorable Court enter an order terminating the automatic stay provided for by 11 U.S.C. 362(a) as to the estate of the Debtors so to allow Movant to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise.

DEAN MORRIS, L.L.C.

1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/ Ashley E. Morris
ATTORNEY FOR MOVANT