**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: DAVID EDWIN EDWARDS      CASE NO. 20-10285
        LAURA LINCECUM EDWARDS      CHAPTER 7

**AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

BEFORE ME, a Notary Public, came and appeared, SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR GMFS LLC through its duly authorized representative, **Steven Ross** ("Affiant") who, after being duly sworn by me Notary, declared as follows:

1. My name is **Steven Ross** and I am a ❋ **Second Assistant Vice President** ❋ for Specialized Loan Servicing LLC. Specialized Loan Servicing LLC is the authorized servicer for GMFS LLC. In that capacity I am familiar with a mortgage loan of David Edwin Edwards and Laura Lincecum Edwards ("Debtors"), which is the subject of the motion for relief from automatic stay ("Mortgage Loan").

2. I have thoroughly reviewed and I am personally familiar with the Mortgage Loan and the records and data compilations pertaining thereto, which business records reflect acts, events or conditions made at or near the time by, or from information transmitted by, a person with knowledge thereof and which records and data compilations are made and kept as a regular practice of the regularly conducted business activities of Specialized Loan Servicing LLC.

3. GMFS LLC is the party entitled to enforce a note dated March 21, 2016, signed by David E Edwards and Laura L Edwards payable to GMFS, LLC, A Limited Liability Company, on the note in the amount of 417,000.00, bearing an interest at the rate of 3.875%.

4. GMFS LLC, directly or through an agent, has possession of the note.

Highlands Ranch (City), Colorado (State), this 12 day of August, 2020.

WITNESSES:

Margaret Walters

*Margaret Walters*

*[signature]*

Michael Fishbeck

SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR GMFS LLC

BY: *[signature]*

Steven Ross    Second Assistant Vice President

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, on this 12 day of August, 2020.

*Kaitlin Swanson*
NOTARY PUBLIC

KAITLIN SWANSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174048228
MY COMMISSION EXPIRES 11/22/2021